8/10/2020 Case 2:20-cv-60004-ER Document 2 Filed 08/10/20 Page 1 of 3
CM/ECF - USDC Massachusetts - Version 6.2.0 as of 2/9/2019

ASBCS,CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:90-cv-10835-UA

| | |
|---|---|
| Cicone, et al v. Owens-Corning Fiberg, et al | Date Filed: 03/30/1990 |
| Assigned to: Unassigned | Date Terminated: 11/15/1991 |
| Demand: $3,500,000 | Jury Demand: Defendant |
| Case in other court: M.M.L.No. 2 | Nature of Suit: 368 P.I. : Asbestos |
| Cause: 28:1332 Diversity-Asbestos Litigation | Jurisdiction: Diversity |

**Plaintiff**

**Donald F. Cicone**     represented by **Patricia Flannery**
Patricia Flannery, Esq.
35-37 Harvard Street
Suite 10
Worcester, MA 01609
508-754-2233
Fax: 508-754-2236
Email: patriciaflannery@lycos.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Claire E. Cicone**     represented by **Patricia Flannery**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Owens-Corning Fiberglas Corp.**     represented by **Jonathan A. Karon**
Karon & Dalimonte
85 Devonshire Street
Suite 1000
Boston, MA 02109
617-367-3311
Fax: 617-742-9130
Email: jakaron@karonlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pittsburgh-Corning Corp**     represented by **Catherine Mohan**
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
860-275-7613
Email: cmohan@mccarter.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Celotex Corporation**     represented by     **Thomas P. O'Reilly**
Curtin, Murphy & O'Reilly, P.C.
31 St. James Avenue
Suite 320
Boston, MA 02474
617-574-1700
Fax: 617-574-1710
Email: toreilly@cmopc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Keene Corporation**     represented by     **Lawrence G. Cetrulo**
Cetrulo & Capone LLP
Two Seaport Lane
10th Floor
Boston, MA 02210
617-217-5500
Fax: 617-217-5200
Email: lcetrulo@cetllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carey Canada, Inc.**     represented by     **Thomas P. O'Reilly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Armstrong World Industries**     represented by     **Lawrence G. Cetrulo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Owens-Corning Fiberglas Corp.**     represented by     **Bruce G. Tucker**
*TERMINATED: 05/23/1991*
Legal Management Services LLC
85 Johnnycake Hill Road
Middletown, RI 02842
401-843-8400
Fax: 401-843-8401
Email: btucker@legalmgt.com
*TERMINATED: 05/23/1991*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| | | |
|---|---|---|
| 03/30/1990 | 1 | Complaint filed (fmr) (Entered: 04/02/1990) |
| 03/30/1990 | | Filing Fee Paid; FILING FEE $ 120.00 RECEIPT # 02812 (fmr) (Entered: 04/02/1990) |
| 03/30/1990 | | Summons(es) issued for Owens-Corning Fiberg, Pittsburgh-Corning C, Celotex Corp., The, Keene Corp., Carey Canada, Inc., Armstrong World Indu (fmr) (Entered: 04/02/1990) |
| 05/21/1990 | 2 | Return of service executed as to Owens-Corning Fiberg, Pittsburgh-Corning C, Celotex Corp., The, Keene Corp., Carey Canada, Inc., Armstrong World Indu 5/2/90 Answer due on 5/22/90 for Armstrong World Indu, for Carey Canada, Inc., for Keene Corp., for Celotex Corp., The, for Pittsburgh-Corning C, for Owens-Corning Fiberg (mcm) (Entered: 07/09/1990) |
| 06/06/1990 | 6 | Answer to Complaint by Owens-Corning Fiberg; jury demand (fmr) (Entered: 10/19/1990) |
| 06/14/1990 | 7 | Answer to Complaint by Keene Corp., Armstrong World Indu; jury demand (fmr) (Entered: 10/19/1990) |
| 07/10/1990 | 3 | Answer to Complaint by Carey Canada, Inc.; jury demand (lmh) (Entered: 07/16/1990) |
| 07/10/1990 | 4 | Answer to Complaint by Celotex Corp., The; jury demand (lmh) (Entered: 07/16/1990) |
| 08/06/1990 | 5 | Answer to Complaint by Pittsburgh-Corning C; jury demand (lt) (Entered: 08/07/1990) |
| 05/09/1991 | | Motion by Owens Corning Fiberg to dismiss. (See MML #1, &# 2, #6623) (fmr) (Entered: 02/22/1993) |
| 05/23/1991 | | Judge Rya W. Zobel . Endorsed Order granting [0-1] motion to dismiss. (See MML #1, &# 2, #6623) (fmr) (Entered: 02/22/1993) |
| 07/31/1991 | | Motion by Donald F Cicone, Keene Corporation to dismiss Keene Corporation (SEE MML #1-5, #6684) (fmr) (Entered: 08/03/1992) |
| 11/15/1991 | | Interdistrict transfer to Eastern District of Pennsylvania, per July 29, 1991 transfer order of Multidistrict Litigation Panel in In Re: asbestos litigation (MDL-875). Case closed. (vah) Modified on 11/19/1991 (Entered: 11/13/1991) |
| 09/18/1992 | | Judge Charles R. Weiner. Order of Dismissal entered in MDL-875 on 9/18/92. "...cases are dismissed without prejudice..." See Document #6805 in MML 1, MML 2. Copies sent to Liaison Counsel. (fmr) (Entered: 09/29/1993) |

### PACER Service Center

#### Transaction Receipt

08/10/2020 09:40:26

| | | | |
|---|---|---|---|
| **PACER Login:** | KristenPepin:5668082:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:90-cv-10835-UA |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |